IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 5:08-945 |
| vs. ) | |
| ) | |
| Reginald Christopher Mack, ) | **O R D E R** |
| ) | |
| Defendant. ) | |
| _____) | |

On May 28, 2009, Defendant Reginald Christopher Mack pleaded guilty to conspiracy to possess with intent to distribute and to distribute five kilograms or more of cocaine and fifty grams or more of cocaine base, in violation of 21 U.S.C. § 846 (Count 1), and conspiracy to launder drug proceeds, in violation of 18 U.S.C. § 1956(h) (Count 17). On October 13, 2010, Defendant was sentenced to incarceration for a period of 180 months as to each of Count 1 and Count 17, to run concurrently. The court also imposed a term of supervised release of 10 years as to Count 1 and 3 years as to Count 17, to run concurrently. Judgment was entered on October 14, 2010. On December 5, 2012, the court entered an amended judgment pursuant to Fed. R. Crim. P. 35(b), which judgment reduced Defendant's sentence to 120 months as to each of Count 1 and Count 17, to run concurrently. A second amended judgment was entered on March 5, 2015, pursuant to 18 U.S.C. § 3582(c)(2), which judgment reduced Defendant's sentence to a term of 87 months as to each of Count 1 and Count 17, to run concurrently. Defendant was released to supervision on or about October 30, 2015.

This matter is before the court on motion for early termination of supervised release filed by Defendant on November 8, 2017. The court has conferred with United States Probation Officer Michael D. Clyburn and Assistant United States Attorney Stacey Haynes, who oppose early termination.

Considering the factors set forth in 18 U.S.C. § 3553(a) to the extent they are applicable, the court finds that the interests of justice will not be served if termination of supervision is granted at this time.  See 18 U.S.C. § 3583(e)(1).  Accordingly, Defendant's motion for early termination of supervised release (ECF No. 762) is **denied**, without prejudice.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

December 6, 2017